UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
Willis A. Glanton and Kathy H. Glanton,
611 Beaver Dam Run, Durham NC 27703     Case No.: 10-82315

Soc. Sec. No. xxx-xx-4951 & xxx-xx-0601

                                                       Debtors.
----------------------------------------------------------------

**NOTICE OF APPEAL**

Willis A. Glanton and Kathy H Glanton, through counsel undersigned, hereby submit this Notice of Appeal under 28 U.S.C. § 158 (a) from the Order denying confirmation of Chapter Chapter 13 plan (Docket # 28) of the Honorable William L. Stocks, United States Bankruptcy Judge for the Middle District of North Carolina, entered in this Chapter 13 proceeding on the 24th day of June, 2011.

The names of all parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

Willis A. Glanton and Kathy H. Glanton, *Debtors*:

Koury L. Hicks, Attorney
The Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh NC 27615
(919)-286-1695
*Attorneys for Debtors*

Richard M. Hutson, II
Standing Chapter 13 Trustee
P.O. Box 3613
Durham, NC 27703
(919)-688-8065


Benjamin E. Lovell
Attorney for the Chapter 13 Trustee
P.O. Box 3613
Durham, N.C. 27703
(919)-688-8065



<u>Dated: July 6, 2011</u>

**<u>LAW OFFICES OF JOHN T. ORCUTT, P.C.</u>**

/s/ Koury L. Hicks
———————————————

 Koury L. Hicks
 Attorney for the Debtors
 North Carolina State Bar No.: 36204
 The Law Offices of John T. Orcutt
 6616-203 Six Forks Road
 Raleigh NC 27615
 (919) 286-1695

## CERTIFICATE OF SERVICE

I, Koury L. Hicks, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on July 6, 2011 , I served copies of the foregoing Notice of Appeal by electronic service and/or first class mail upon the following parties in interest:

Richard M. Hutson, II
Standing Chapter 13 Trustee
Post Office Box 3613
Durham, NC 27702-3613

Benjamin E. Lovell
Standing Chapter 13 Trustee
Post Office Box 3613
Durham, NC 27702-3613

Michael D. West
U.S. Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Willis and Kathy Glanton
611 Beaver Dam Run,
Durham NC 27703

/s/ Koury L. Hicks
Koury L. Hicks