CO-152 (3/96)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

IN RE :

  Willis Andre Glanton         )    <u>Case# 10-82315</u>

  Kathy Harris Glanton         )

## CERTIFICATE OF SERVICE

**THIS TO CERTIFY** that on the below date, the undersigned Deputy Clerk served a copy of the <u>**Notice of Appeal**</u> by depositing the same, enclosed in a postpaid wrapped, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:( See Attached List)

**Michael D. West (hand delivery)**

**Richard M. Hutson, II**
**Chapter 13 Office**
**302 East Pettigrew St., Suite B-140**
**P. O. Box 3613**
**Durham, NC 27702**

**Benjamin E. Lovell**
**Attorney for the Chapter 13 Trustee**
**P O Box 3613**
**Durham, NC 27703**

  <u>7/7/11</u>                      <u>Susan Whitesell</u>
                            <u>U.S. Bankruptcy Court</u>

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
Willis A. Glanton and Kathy H. Glanton,
611 Beaver Dam Run, Durham NC 27703          Case No.: 10-82315

Soc. Sec. No. xxx-xx-4951 & xxx-xx-0601

                                             Debtors.
-----------------------------------------------------------------

**NOTICE OF APPEAL**

    Willis A. Glanton and Kathy H Glanton, through counsel undersigned, hereby submit this Notice of Appeal under 28 U.S.C. § 158 (a) from the Order denying confirmation of Chapter Chapter 13 plan (Docket # 28) of the Honorable William L. Stocks, United States Bankruptcy Judge for the Middle District of North Carolina, entered in this Chapter 13 proceeding on the 24th day of June, 2011.

    The names of all parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

Willis A. Glanton and Kathy H. Glanton, *Debtors*:

Koury L. Hicks, Attorney
The Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh NC 27615
(919)-286-1695
*Attorneys for Debtors*

Richard M. Hutson, II
Standing Chapter 13 Trustee
P.O. Box 3613
Durham, NC 27703
(919)-688-8065


Benjamin E. Lovell
Attorney for the Chapter 13 Trustee
P.O. Box 3613
Durham, N.C. 27703
(919)-688-8065


Dated: July 6, 2011

                                                  **LAW OFFICES OF JOHN T. ORCUTT, P.C.**

                                        /s/ Koury L. Hicks

                                         Koury L. Hicks
                                         Attorney for the Debtors
                                         North Carolina State Bar No.:  36204
                                         The Law Offices of John T. Orcutt
                                         6616-203 Six Forks Road
                                         Raleigh NC 27615
                                         (919) 286-1695

## CERTIFICATE OF SERVICE

I, Koury L. Hicks, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on July 6, 2011 , I served copies of the foregoing Notice of Appeal by electronic service and/or first class mail upon the following parties in interest:

Richard M. Hutson, II
Standing Chapter 13 Trustee
Post Office Box 3613
Durham, NC 27702-3613

Benjamin E. Lovell
Standing Chapter 13 Trustee
Post Office Box 3613
Durham, NC 27702-3613

Michael D. West
U.S. Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Willis and Kathy Glanton
611 Beaver Dam Run,
Durham NC 27703

                                          /s/ Koury L. Hicks
                                          Koury L. Hicks