Form 202

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 10−82315

IN THE MATTER OF:
Willis Andre Glanton    xxx−xx−4951
Kathy Harris Glanton    xxx−xx−0601
611 Beaver Dam Run
Durham, NC 27703

Debtor(s)

NOTICE OF FILING OF TRANSCRIPT
AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 6/16/10 was filed on 8/1/11. The following deadlines apply:

The parties have until 8/8/11 to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* is 8/22/11.

If a Request for Redaction is filed, the redacted transcript is due 9/1/11.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 10/30/11, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the court reporter (Atlantic Professional Reporters, 336−945−9047) or you may view the document at the Clerk's Office public terminal.

Dated: 8/1/11                                                                                         OFFICE OF THE CLERK/ sgg

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID**, (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.