# United States Bankruptcy Court
# Middle District of North Carolina

## CERTIFICATE OF READINESS AND COMPLETION OF RECORD
Notice of Appeal

**IN RE:** Bankruptcy Case No: 10-82315
Case Title: Willis Andre Glanton and Kathy Harris Glanton

TO:    CLERK, US DISTRICT COURT
        (newcases@ncmd.uscourts.gov)


Appellant(s):   Willis A. Glanton and Kathy H. Glanton, Debtors

Attorney of Record for Appellant(s): Koury L. Hicks, The Law Offices of John T. Orcutt, 6616-203 Six Forks Road, Raleigh, NC 27615, (919) 286-1695

Appellee(s): Richard M. Hutson, II, Chapter 13 Trustee

Attorney of record for Appellee(s): Benjamin E. Lovell, P O Box 3613, Durham, NC 27703, (919) 688-8065


Trustee: Richard M. Hutson, II, PO Box 3613, Durham, NC 27703, (919) 688-8065

Debtor/Attorney for Debtor: Koury L. Hicks, The Law Offices of John T. Orcutt, 6616-203 Six Forks Road, Raleigh, NC 27615, (919) 286-1695


     The undersigned Deputy Clerk of the U.S. Bankruptcy Court hereby certifies that the record on appeal is complete and ready for transmission. The Statement of Issues and Designation of Record have been filed.

     I hereby certify that a copy of this certificate was served on the above listed attorneys and the Debtor on this date.

                                      REID WILCOX
                              Clerk, U.S. Bankruptcy Court


DATE:  August 11, 2011         BY:     Susan Whitesell
                                              Deputy Clerk